UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMONTHY D. HARRIS JR.,

          Plaintiff,

   v.

KING COUNTY SUPERIOR COURT,

          Defendant.

CASE NO. 2:20-cv-01575-RSM-BAT

**ORDER DISMISSING WITH PREJUDICE**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 4th day of December, 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITH PREJUDICE - 1